AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2024

SEAN F. McAVOY, CLERK

STEPHEN R. JACKSON, SR.,

*Plaintiff*

v.

ASOTIN COUNTY, ASOTIN COUNTY SHERIFF'S DEPARTMENT, SHERIFF JOHN HILDERBRAND, DEPUTY NATE UHLORN, THE CITY OF CLARKSTON, CLARKSTON POLICE DEPARTMENT, CLARKSTON POLICE CHIEF JOEL HASTINGS, CLARKSTON POLICE SERGEANT DARIN BOYD and CLARKSTON POLICE OFFICER BRAD PETERS,

*Defendants*

Civil Action No. 2:24-CV-00167-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion, ECF No. 15 and 16, are GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion to Voluntarily Dismiss.

Date: 8/14/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz